# EXHIBIT 10



**Children and Youth Social Service Agency**

150 North Queen S
Suite
Lancaster, PA 1?
Phone: 717-299-?
Fax: 717-299-?
www.co.lancaster.p

November 5, 2015

**County Commissioners**
Dennis P. Stuckey, Chairman
Scott Martin, Vice-Chairman
Craig E. Lehman

**Executive Director**
Crystal A. Natan, MSW, LSW

Mark and Melissa Pickel
429 S. High Street
Hanover, PA 17331

Re: Placement of Sean-Paul Loraw Jr.

Dear Mr. and Mrs. Pickel:

The Agency conducted a home safety check and the emergency background checks relating to the placement of the above named child.

The Agency has determined that your home is not going to be utilized as a resource for the child based on the following reasons:

- Mr. Pickel does not have contact with his minor daughter. This should be the focus of his efforts.
- The needs of Markella, Danielle and Zackery Pickel are significant and require continual care and attention.
- Mr. Pickel has a history of foreclosure within the past five years
- Mr. and Mrs. Pickel have unstable housing and a frequent history of moving residences within the past two years. Their current residence is marginal in relation to resource parent regulations for households.
- Mr. and Mrs. Pickel have open civil complaints dated 2007, 2011 and 2014
- Mr. and Mrs. Pickel have recent involvement (February 2015) with a child welfare agency as a client involving their own children.
- Current school reports indicate a concern for absences during the 2015-2016 school year for Danielle and Markella.

If you wish to appeal this decision, you must submit a written appeal to the Agency Director of Social Services within 15 calendar days of the date of the written notice. The Agency shall date stamp your appeal upon receipt. The Agency will review the appeal and determine if steps can be taken to resolve the appeal without a hearing.

If, after considering the appeal, the Agency is unable to resolve issues of disagreement, the appeal shall be sent to the Department's Office of Hearings and Appeals, P.O. Box 2675, Harrisburg, PA 17105, within 15 calendar days of the date stamp.

If you have any questions, please contact me at 717-481-7663.

Sincerely,

Jade Landis
Permanency Caseworker

Nicole Lauzus
Permanency Supervisor

cc: File
    Guardian ad litem
    Kinship Care Specialist
    Crystal Bowman

EXHIBIT NO. 5
WITNESS: WNEK
DATE: 10-7-19
PAMELA DOGGER, RPR

CNTY DFTS 7776