IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK PICKEL and MELISSA PICKEL,<br>Plaintiffs,<br><br>v.<br><br>LANCASTER COUNTY CHILDREN AND YOUTH SOCIAL SERVICES, JADE LANDIS, NICOLE LAUZUZ [SIC], CRYSTAL NATAL, KRYSTAL WNEK, JASON DOYLE, STEPHANIE VAN CISCO, and KAYLA TEEPLES,<br>Defendants. | CIVIL ACTION<br><br>NO. 18-3400 |

## ORDER

**AND NOW,** this   30th   day of September, 2020, upon consideration of the Motion for Partial Summary Judgment filed by Plaintiffs, the Motion for Summary Judgment filed by Defendants Landis and Lauzus, the Motion for Summary Judgment filed by Defendants Lancaster County Children and Youth Social Services, Natal, Wnek, Doyle, Van Cisco and Teeples, the Responses and Reply Briefs, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED** that:

1. Plaintiffs' Motion (ECF No. 53) is **DENIED**;

2. Defendants' Motions (ECF Nos. 54, 55) are **GRANTED**;

3. All other motions (ECF Nos. 79, 80, 81, 82) are **DENIED** as moot; and

4. Judgment is entered for Defendants against Plaintiffs, and the Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

_/s/ Henry S. Perkin_
HENRY S. PERKIN
United States Magistrate Judge