## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK PICKEL and MELISSA PICKEL, | : | |
| | : | |
| Plaintiffs, | : | NOTICE OF APPEAL |
| vs. | : | |
| | : | Civil Action No. 5:18-cv-03400 |
| LANCASTER COUNTY CHILDREN | : | |
| AND YOUTH SOCIAL SERVICE, JADE | : | Magistrate Judge Henry S. Perkin |
| LANDIS, individually and in her official | : | |
| capacity, NICOLE LAUZUZ, individually | : | |
| and in her official capacity, CRYSTAL | : | |
| NATAN, individually and in her official | : | |
| capacity KRYSTAL WNEK, individually | : | |
| and in her official capacity, JASON | : | |
| DOYLE, individually and in his | : | |
| official capacity, STEPHANIE VAN | : | |
| CISCO individually and in her official | : | |
| capacity, KAYLA TEEPLES, individually | : | |
| and in her official capacity | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Mark and Melissa Pickel, plaintiffs in the above case, hereby

appeal to the United States Court of Appeals for the Third Circuit from an Order and Judgment

granting summary judgment in favor of Lancaster County Children and Youth Social Services,

Jade Landis, Nicole Lauzuz, Crystal Natan, Krystal Wnek, Jason Doyle, Stephanie Van Cisco,

and Kayla Teeples entered in this action on the day of September 30, 2020.

Dated: October 30, 2020                     Respectfully submitted,

                                            /s/ *Dennis E. Boyle*
                                            Dennis E. Boyle, Esquire (PA # 49618)
                                            Blerina Jasari, Esquire (*Pro Hac Vice*)
                                            Berliner, Corcoran & Rowe L.L.P.
                                            1101 Seventeenth Street, NW, Suite 1100
                                            Washington, D.C. 20036
                                            Telephone: (202) 293-5555
                                            Facsimile: (202) 293-9035
                                            dboyle@bcr-dc.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of October 2020, I electronically filed the foregoing with the Court using the CM/ECF system, which sent notification of such filing to the following persons at the following email addresses:

John P. Gonzales, Esquire
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
jpgonzales@mdcwg.com

*Counsel for Defendants Lancaster County Children & Youth Social Services, Crystal Natan, Krystal Wnek, Jason Doyle, Stephanie Van Cisco, and Kayla Teeples*

Gregory C. Kunkle, Esquire
Thomas, Thomas & Hafer LLP
1550 Pond Road, Suite 210
Allentown, PA 18104
gkunkle@tthlaw.com

*Counsel for Defendants Jade Landis and Nicole Lauzuz*

/s/*Dennis E. Boyle*
Dennis E. Boyle